**JS-6**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

HECTOR MANUEL ZEPEDA, an individual,

        Plaintiff,

v.

GENERAL MOTORS LLC, a Delaware Limited Liability Company, and DOES 1-10, inclusive,

        Defendants.

Case No. 2:26-cv-01634-SVW-MAA

Judge: Hon. Stephen V. Wilson

**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO REMAND CASE TO STATE COURT**

# **[PROPOSED]** ORDER

HAVING CONSIDERED THE PARTIES' JOINT STIPULATION TO REMAND CASE TO STATE COURT, the Court finds good cause and hereby ORDERS:

This entire case is hereby remanded to the Superior Court of the State of California for the County of Los Angeles.

IT IS SO ORDERED.

DATED: March 30, 2026　　　　　　　_____

　　　　　　　　　　　　　　　　Hon. Stephen V. Wilson
　　　　　　　　　　　　　　　　United States District Court Judge

1

ORDER GRANTING JOINT STIPULATION TO REMAND CASE TO STATE COURT
CASE NO.: 2:26-CV-01634-SVW-MAA